# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 06-7018M |
| JILLIAN N. LIKNESS | DAVID LARSON |

**THE DEFENDANT:**
Pleaded guilty to Count One of the Information, all other charges shall be dismissed.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42-4-1301(1)(a) | Driving Under the Influence | 01-27-06 | 1 |

### OTHER ORDERS OF COURT

Defendant shall be sentenced to five days incarceration suspended on the condition of successful completion of six months unsupervised probation. Fifty-five hours of community service, two hours to the MADD organization. Defendant shall complete Level II Drug/Alcohol Education and shall pay for the costs of same.

### MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| | $25.00<br>25.00 processing fee | $450.00 |
| **Total:** | $50.00 | $450.00 |

Total Fine and Costs:  $500.00

April 5, 2006
Date of Imposition of Judgment

s/Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland
Name & Title of Judicial Officer
April 6, 2006

Date